UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMANDO CARDENAS, JOSE F. CARDENAS, JUANITA SENTENO, VERONICA SIMMONS BAILEY, ISAIAH ALEXANDER, KATHY ALEXANDER AND SHONDA TATE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A.J. PIEDIMONTE AGRICULTURAL DEVELOPMENT, LLC; JAMES J. PIEDIMONTE & SONS, INC.; JAMES J. PIEDIMONTE & SONS, LLC; MAGC, INC. and ANTHONY JOSEPH PIEDIMONTE, in his individual capacity, and SCOTT JAMES BENNETT, in his individual capacity<br><br>Defendants. | Civil Action No. 1:18-cv-00881-EAW<br><br>COLLECTIVE AND CLASS ACTION<br><br>JURY TRIAL REQUESTED |

**CONSENT TO SUE**

I hereby agree and consent to be a party plaintiff in a lawsuit under the overtime and minimum wage provisions of the Fair Labor Standards Act with respect to my labor with A.J. PIEDIMONTE AGRICULTURAL DEVELOPMENT, LLC; JAMES J. PIEDIMONTE & SONS, INC.; JAMES J. PIEDIMONTE & SONS, LLC; MAGC, INC.; ANTHONY JOSEPH PIEDIMONTE; and SCOTT JAMES BENNETT.

Brian White
Date:
18 Sept 18